UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| ERIC L. ELLIS | CIVIL ACTION NO. 21-cv-903 |
| VERSUS | JUDGE FOOTE |
| CAPITAL ONE AUTO FINANCE, ET AL. | MAGISTRATE JUDGE HORNSBY |

**JUDGMENT**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

It is ordered that Plaintiff's complaint be dismissed without prejudice for lack of subject-matter jurisdiction. All pending motions, including the motion to dismiss for lack of subject-matter jurisdiction filed by Defendants Centurion Auto Recovery and Corey Pinckley [Record Document 10], are dismissed as moot.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 30th day of April, 2021.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE